















```
MJM    6/27/03    8:49
3:03-M -01614  USA V. LESTER
*2*
*CRFTAPMO.*
```

USA v. Lester                                           3:03-m-01614

Magistrate Judge Burns

Chong Wu [mw]        attorney Ciro Hernandez   - cja
Min Zhu [mw]         attorney Ciro Hernandez   - cja
Myron Lester [1]     attorney William Brown    - cja

DOA: 6/24/03 [1]

    Enter Order by Magistrate Judge Roger C. McKee, Specially appearing attorney Federal Defenders, case reassigned to Magistrate Judge Larry A. Burns, first appearance of Myron Duval Lester on complaint, Attorney William Winfield Brown, not appearing, appointed, Dft Myron Duval Lester informed of charges, Attorney Ciro Hernandez appointed for Material Witness Chong Ciang Wu, Material Witness Min Fung Zhu, $30,000 P/S bond set for Myron Duval Lester, Material Witnesses Chong Ciang Wu and Min Fung Zhu arraigned, M/W bail set at $1,000 P/S as to Material Witness Chong Ciang Wu and Material Witness Min Fung Zhu, preliminary hrg set for 1:30 7/10/03 for Myron Duval Lester before Mag Judge Larry Burns; Court Reporter: RCM03-2:681-1987,5097-5600

date: 6/26/03                                    by MJM

END OF FORM